

## Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-19-00152-CV

George L. **HACHAR** Jr.,
Appellant

v.

Heydar **KHALEDI**,
Appellee

From the 111th Judicial District Court, Webb County, Texas
Trial Court No. 2014-CVF-000089-D2
Honorable Susan D. Reed, Judge Presiding

PER CURIAM

Sitting:      Rebeca C. Martinez, Justice
Irene Rios Justice
Liza A. Rodriguez, Justice

Delivered and Filed: August 14, 2019

DISMISSED

Appellant George L. Hachar Jr. filed a motion to dismiss this appeal. Appellee Heydar Khaledi has not opposed the motion. Therefore, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1). Costs of the appeal are taxed against the party who incurred them.

PER CURIAM